USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAUNTAY WATKINS,

                Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY,
                Defendant.
------------------------------------------------------------X

16 CIVIL 4161 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Edgardo Ramos, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
            January 30, 2019

So Ordered:

_____
U.S.D.J.

**RUBY J. KRAJICK**
_____
Clerk of Court

BY: _____
Deputy Clerk