**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X   Docket No.: 16-cv-4161(ER)
SHAUNTAY WATKINS,

                                   Plaintiff,

           -against-                      **NOTICE OF APPEAL**

NEW YORK CITY TRANSIT AUTHORITY,

                                Defendants.
-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the Plaintiff, Shauntay Watkins, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 30th day of January, 2019.

Dated: New York, New York
       January 31, 2019

                                                    Respectfully submitted,

                                                    **PHILLIPS & ASSOCIATES**
                                                    **ATTORNEYS AT LAW, PLLC**

                                                    _/s/ Marjorie Mesidor_____
                                                    Marjorie Mesidor, Esq.
                                                    Brittany A. Stevens, Esq.
                                                    45 Broadway, Suite 620
                                                    New York, New York 10006
                                                    T: (212) 248-7431
                                                    F: (212) 901 - 2107
                                                    mmesidor@tpglaws.com
                                                    bstevens@tpglaws.com

To:    Beth L. Kaufman, Esq.
         Jeremy Miguel Weintraub, Esq.
         Schoeman Updike Kaufman & Gerber LLP
         *Attorneys for Defendants*
         551 Fifth Avenue
         New York, New York 100176
         Tel: (212) 661-5030