UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUNTAY WATKINS,<br><br>      Plaintiff,<br><br>– against –<br><br>NEW YORK CITY TRANSIT AUTHORITY,<br><br>      Defendant. | **ORDER**<br><br>16 Civ. 4161 (ER) |

Ramos, D.J.:

  On June 3, 2016, Shauntay Watkins brought this action alleging discrimination and harassment in the workplace. Doc. 1. On December 21, 2018, following trial, a jury returned a verdict for Defendant, finding that Watkins had not established by a preponderance of the evidence that she was subjected to a hostile work environment. Doc. 85. On April 16, 2020, the Court denied Watkins' motion for a new trial. Doc. 113. Watkins appealed, and on June 15, 2021, the Court of Appeals for the Second Circuit affirmed the Court's order. Doc. 115.

  On August 3, 2021, Watkins moved to appeal the Clerk's taxation of costs. Doc. 121. To date, Defendant has not filed any response to Watkins' motion. The Court therefore orders Defendant to respond by November 12, 2021. Failure to do so will result in the appeal being considered unopposed.

  It is SO ORDERED.

Dated: October 29, 2021
     New York, New York

                            Edgardo Ramos, U.S.D.J.